UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | |
| | ) | |
| BLUEWATER HLD CORP., | ) | CHAPTER 7 |
| | ) | CASE NO. 10-21384-FJB |
| Debtor. | ) | |
| _____) | | |

**CHAPTER 7 TRUSTEE'S APPLICATION
FOR AUTHORITY TO EMPLOY MURTHA CULLINA LLP AS COUNSEL**

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Pursuant to Section 327 of the Bankruptcy Code, Fed. R. Bank. P. 2014 and MLBR 2014-1,

John O. Desmond, the duly-appointed Chapter 7 Trustee for the above-captioned bankruptcy estate

(the "Trustee"), hereby requests the entry of an Order authorizing the Trustee to employ the law

firm of Murtha Cullina LLP as his counsel.

In support of this Application, the Trustee respectfully states:

1.  On October 19, 2010, Bluewater Hld Corp. (the "Debtor") filed a voluntary petition

pursuant to Chapter 11 of the Bankruptcy Code.

2.  On February 25, 2011, the Court entered an Order converting the Debtor's case to one

under Chapter 7 of the Bankruptcy Code.

3.  On February 25, 2011, the Trustee was appointed as the Chapter 7 Trustee of the

bankruptcy estate of the Debtor.

4.  The Trustee seeks the entry of an Order authorizing the employment of the law firm of

Murtha Cullina LLP ("Murtha Cullina") as his counsel in this case, with such compensation and

reimbursement of out-of-pocket expenses as this Court may allow.

1

5.   The Trustee selected Murtha Cullina because of the firm's experience in bankruptcy cases, and the Trustee believes that Murtha Cullina is well qualified to represent him in this case.

6.   The professional services that Murtha Cullina are to render to the Trustee in this case include the following:

   a.   to prepare all necessary pleadings associated with the liquidation and recovery of estate assets;

   b.   to represent the Trustee at all Court proceedings;

   c.   to assist the Trustee in the investigation of fraudulent transfers and insider and non-insider preferences;

   d.   to perform such other legal services as may be required in the interest of creditors of the Debtor; and

   e.   to facilitate the termination of the Debtor's 401(k) and other benefit plans including health insurance.

7.   The Debtor has filed a creditor matrix which lists more than 300 parties.  The Trustee is aware that Murtha Cullina represents or has represented two entities identified on the creditor matrix in matters unrelated to the Debtor or the Debtor's bankruptcy case.

8.    The Trustee has reviewed the Affidavit of Thomas S. Vangel and is aware of Murtha Cullina's relationship with 2 of these entities.  Specifically, Murtha Cullina currently represents one creditor, Komatsu Financial Limited Partnership ("Komatsu"), identified in the Debtor's schedules as holding a secured claim of approximately $338,000, in one matter unrelated to the Debtor or the Debtor's bankruptcy estate.  Murtha Cullina's representation of Komatsu has been limited to this one matter in New Hampshire which is near conclusion.

9.   In addition, Murtha Cullina previously represented another creditor, CoActive Capital Partners, Inc., in connection with one matter involving service of a Subpoena, which was unrelated to matters involving the Debtor or the Debtor's bankruptcy case.

2092748v1

10. Also, as noted in Attorney Vangel's Affidavit, Murtha Cullina currently represents People's United Bank in Connecticut which is the parent company of People's United Equipment Finance Corp. f/k/a Financial Federal Credit, Inc.

11. Murtha Cullina and the Trustee are unaware of any dispute regarding Komatsu which would result in Komatsu becoming adverse to the bankruptcy estate. However, if such a situation should arise, Murtha Cullina will obtain an appropriate conflict or waiver or the Trustee will employ his firm or another law firm to represent him in connection with such dispute. The Trustee has no objection to Murtha Cullina continuing its representation of Komatsu.

12. To the best of the Trustee's knowledge, based on the affidavit of Thomas S. Vangel, Esq. submitted herewith, Murtha Cullina and all of the attorneys at Murtha Cullina do not represent or hold any interest adverse to those represented by the Trustee with respect to the matters for which the Trustee seeks to employ Murtha Cullina.

13. To the best of the Trustee's knowledge, Murtha Cullina has undertaken no representation of any creditor or equity holder that relates in any manner to the Debtor or the Chapter 7 Case.

14. The Affidavit of Thomas S. Vangel, a partner of the law firm of Murtha Cullina, is submitted in support of this Application.

3

WHEREFORE, the Trustee requests that this Court enter an Order authorizing the Trustee to employ the law firm of Murtha Cullina LLP to represent him in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow, and that this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

/s/  John O. Desmond_____

John O. Desmond, Esq. BBO #554580
24 Union Avenue
Framingham, MA 01702
508-879-9638 Telephone
508-820-0264 Facsimile

Dated:  March 4, 2011            trustee@jdesmond.com

4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BLUEWATER HLD CORP., | ) | CHAPTER 7 |
| | ) | CASE NO. 10-21384-FJB |
| Debtor. | ) | |
| | ) | |

### AFFIDAVIT OF THOMAS S. VANGEL IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MURTHA CULLINA LLP AS COUNSEL

Pursuant to Fed. R. Bankr. P. 2014(a), MLBR 2014-1 and 11 U.S.C. §327, I, Thomas S. Vangel, state under the penalty of perjury that the foregoing is true and correct:

1.      I am an attorney duly admitted to practice before the courts of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2.      I am a partner in the law firm of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts ("Murtha Cullina").

3.      I hereby represent that neither I nor any member of my firm holds or represents any interest adverse to the estate of Bluewater Hld Corp. (the "Debtor").

4.      To the best of my knowledge, information, and belief, neither Murtha Cullina nor any member of the firm of Murtha Cullina has any connection with any Bankruptcy Judge in the District of Massachusetts, the Debtor, their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee which would render the employment of the undersigned and the firm of Murtha Cullina improper.

5      I have run the over 300 parties listed on the creditor matrix through my firm's conflict system and determined that Murtha Cullina currently represents one of the listed parties in a matter in New Hampshire unrelated to the Debtor's bankruptcy case and Murtha Cullina has previously represented one other party, also in matters unrelated to the Debtor's bankruptcy case. These parties are discussed below.

6.      Murtha Cullina currently represents Komatsu Financial Limited Partnership ("Komatsu") in one matter involving the repossession of two pieces of construction equipment in New Hampshire that is unrelated to matters involving the Debtor or the Debtor's bankruptcy case.  Komatsu is listed in the Debtor's schedules as holding a secured claim against the Debtor's bankruptcy estate in the amount of approximately $338,000, which represents approximately 6% of the $5.7 million in secured claims listed by the Debtor in its schedules.

7.      Murtha Cullina currently represents People's United Bank in Connecticut which is the parent company of People's United Equipment Finance Corp. f/k/a Financial Federal Credit, Inc. ("Financial Federal"). Financial Federal is listed in the Debtor's schedules as holding a secured claim against the Debtor's bankruptcy estate in the amount of approximately $291,000, which represents approximately 5% the secured claims the Debtor scheduled. Murtha Cullina does not and has never represented Financial Federal. On information and belief, Financial Federal was based in Houston, Texas and was acquired by Peoples United Bank in February 2010.

8.      Murtha Cullina previously represented CoActive Capital Partners, Inc. in one very limited matter as local counsel in Connecticut in connection with the service of a Subpoena, which was unrelated to matters involving the Debtor or the Debtor's bankruptcy case.

9.      In October 2010, after the petition date, Mark G. DeGiacomo of Murtha Cullina was contacted by an attorney representing Todd McMahon ("McMahon"), a purported creditor of the Debtor, to potentially represent him in connection with objecting to the Debtor's Emergency Motion to Sell filed at the outset of the Debtor's Chapter 11 case. Within a few days of Attorney DeGiacomo's initial discussion with McMahon's attorney, Attorney DeGiacomo was advised that McMahon had engaged other counsel to represent him. Murtha Cullina does not and has never represented McMahon.

10.     Due to the size and diversity of Murtha Cullina's practice, other than the connections and/or relationships set forth above, Murtha Cullina may have represented or otherwise dealt with, and may now be representing or otherwise dealing with, various persons (and their attorneys and accountants) who are or who may consider themselves creditors or parties in the interest in this case. To the best of my knowledge and information, such representation or involvement does not relate in any way to the Debtor, its estate or its pending case. To the best of my knowledge, after due inquiry, Murtha Cullina:

    (a)      is not a creditor of the Debtor, or an "insider" of the Debtor, as the term is defined at 11 U.S.C. § 101(31);

    (b)      is not and has not been, within two years before the date of the filing of the petition, an employee of the Debtor; and

    (c)      does not have an interest materially adverse to the interests of the Debtor's estate, or of any creditors thereof, by reason of any direct or indirect relationship to or connection with the Debtor or for any other reason.

11.     I hereby represent that I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

12.     I hereby represent that I have not agreed to share with any person except with members of Murtha Cullina, the compensation to be paid for the services rendered in this case.

13.     I have not received a retainer in this case.

2092766v1

14.     I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

15.     I have reviewed the provisions of MLBR 2016-1.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.

DATED THIS _4th_ DAY OF _March_, 2011.

_____
Thomas S. Vangel

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                          Chapter 7
      BLUEWATER HLD CORP.                        Bankruptcy No. 10-21384-FJB
               Debtor

DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

     I    Thomas S. Vangel   , hereby declare(s) under penalty of perjury that all of the information contained in my    Affidavit of Thomas S. Vangel in Support of Chapter 7 Trustee's Application for Authority to Employ Murtha Cullina LLP as Counsel    (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: _March 4, 2011_           _Thos. S. Vangel_
                                (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

     I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: _____      Signed:_____
                                Attorney for Affiant

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| BLUEWATER HLD CORP., | ) | CHAPTER 7 |
| | ) | CASE NO. 10-21384-FJB |
| Debtor. | ) | |

---

### **CERTIFICATE OF SERVICE**

I, Ryan M. MacDonald, hereby certify that on the 4th day of March, 2011, I served a copy

of the *Chapter 7 Trustee's Application for Authority to Murtha Cullina LLP as Counsel to*

*Trustee* and *Affidavit of Thomas S. Vangel  in Support of Chapter 7 Trustee's Application for*

*Authority to Employ Murtha Cullina LLP as Counsel*, via first-class mail, postage prepaid or

by electronic mail upon the parties listed on the attached Service List.


_____/s/ Ryan M. MacDonald_____
Ryan M. MacDonald, Esq. BBO #654688
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mmacdonald@murthalaw.com

2092781v1

John Fitzgerald*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109

Donald F. Farrell, Jr., Esq.*
John J. Aquino, Esq.*
Philip C. Silverman, Esq.*
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110

Eric K. Bradford, Esq.*
Office of the U.S. Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109

Paula R.C. Bachtell, Esq.*
U.S. Department of Justice
Office of the U.S. Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109

Todd A. Feinsmith, Esq.*
Pepper Hamilton LLP
Oliver Street Tower, 15th Floor
125 High Street
Boston, MA 02110-2736

Deborah Kovsky-Apap, Esq.*
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243

Natalie Heineman , Esq.*
Pollack & Flanders, LLP
185 Devonshire Street
Ste. 401
Boston, MA 02110

Kelly Jason, Esq.*
Ardito, Sweeney & Associates
25 Mid-Tech Dr
West Yarmouth, MA 02673

David S. Katz, Esq.*
Katz Law Group
112 Turnpike Rd.
Suite 104
Westborough, MA 01581

Kevin J. Kiely, Esq.*
Kiely & Ferrante, LLC
4 Parker Street
Gloucester, MA 01930

Peter T. Kline, Esq.*
233 Needham Street
Suite 460
Newton, MA 02464

Mitchell J. Levine, Esq.*
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002

Keith L Miller, Esq.*
Law Offices of Keith L. Miller
58 Winter Street
4th Floor
Boston, MA 02108

Martin A. Mooney, Esq.*
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203-1006

Scott H. Moskol, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

David C. Phalen, Esq.*
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200

Steven Weiss, Esq.*
Shatz, Schwartz & Fentin, P.C.
1441 Main Street
Suite 1100
Springfield, MA 01103

John E. Zajac, Esq.*
Carmichael & Zajac, P. C.
170 High St.
Taunton, MA 02780

Bradford R. Carver *
Hinshaw & Culbertson LLP
One International Place
3rd Floor
Boston, MA 02110

Ronald A. Clifford *
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

Charles J. Domestico, Esq. *
Domestico Lane & McNamara, LLP
The Meadows
161 Worcester Road
Framingham, MA 01701

Acstar Insurance Company
Hinshaw & Culbertson LLP
One International Place
3rd Floor
Boston, MA  02110

Bluewater Hld Corp.
60 Kendrick St
Needham, MA  02494

Brookline Bank
c/o Kline & Sanders LLP
233 Needham Street
Suite 460
Newton, MA  02464

CoActive Capital Partners, Inc.
c/o Kiely & Ferrante, LLC
4 Parker Street
Gloucester, MA  01930

Commercial Credit Group, Inc.
c/o Steven Weiss, Esq.
Shatz, Schwartz and Fentin, P.C.
1441 Main Street
Springfield, MA  01103

Ford Motor Credit Company LLC
formerly Ford Motor Credit Company
c/o Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT  06002

1

G. Lopes Construction, Inc.
John E. Zajac, Esquire
170 High Street
Taunton, MA 02780

Komatsu Financial Limited Partnership
One Continental Towers
1701 West Golf Road
Suite 300
Rolling Meadows, IL  60008

Loud Fuel Company, Inc.
c/o Kelly S. Jason, Esq.
25 Mid-Tech Drive, Suite C
West Yarmouth, MA  02673

Mercedes-Benz Financial Services USA LLC
c\o Deily, Mooney, & Glastetter, LLP
8 Thurlow Terrace
Albany, NY  12203

New England Recycling, Inc.
John E. Zajac, Esquire
170 High Street
Taunton, MA 02780

People's United Equipment Finance Corp.
c/o David C. Phalen, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

Ritchie Bros. (America) Auctioneers, Inc.
4000 Pine Lake Road
Lincoln, NE  68522

Wells Fargo Equipment Finance Inc
c/o Scott H. Moskol, Esquire
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110

99 Crawford St LLC
15 Tamarac Road
Weston, MA 02493

A Perfect Answer
15241 Blackhawk Road
Ottumwa, IA 52501

AT&T
99303 Collection Center Dr
Chicago, IL 60693

AT&T
PO Box 6463
Carol Stream, IL 60197

ATC Associates, Inc.
Dept. CH17565
Palatine, IL 60055-7565

ATC Group Services
d/b/a ATC Associates, Inc.
150 Zachary Road
Mannchester, NH 03109

AVAYA
PO Box 93000
Chicago, IL 60673-0001

Acme Precast
PO Box 2034
Teaticket, MA 02536

Acstar Insurance Company
233 Main Street
PO Box 2350
New Britain, CT 06050

Agway Of Dennis
PO Box 1169
686 Rt 134
South Dennis, MA 02660

Airde Investigators Group
PO Box 50
Wayland, MA 01778

Airgas East
PO Box 827049
Philadelphia, PA 19182-7049

Airgas East, Inc.
27 Northwestern Drive
Salem, NH 03079

All Cape Locating
15 Sierra Way
W. Yarmouth, MA 02673

Allan J Coleman Co.
5725 N. Ravenswood Ave.
Chicago, IL 60660-3913

American Express
PO Box 981540
El Paso, TX 79998

American Express Travel Related Services
Co, Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anthony Todd McMahon
10 Henry's Lane
Norwell, MA 02061

Ardito, Sweeney, Stusse, Robertson
& Dupuy, P.C.
25 Mid-Tech Drive, Suite C
West Yarmouth, MA 02673

2

B & R Electric
Services Limited, Inc.
P.O. Box 942
Clinton, MA 01510

BHC Funding Corp.
One Lincoln Street
Boston, MA 02111

BHR Electrical Services, Inc.
PO Box 286
Seekonk, MA 02771

BSC Group, Inc.
15 Elkins Street
Boston, MA 02127

Bank Of America
PO Box 15710
Wilmington, DE 19886-5710

Bass River Engineering
Po Box 1163
East Dennis, MA 02641

Bay State Fence Company
281 Cooper Street
Springfield, MA 01108

Beech Street
100 Cummings Center, Suite 430 G
Beverly, MA 01915

Beech Street Enterprises
Attn: Brittni Wall
100 Cummings Center, Suite 430G
Beverly, MA 01915

Beech Street Enterprises
One Cranberry Hill
Lexington, MA 02421

Bennie and Phyllis Tessi
9 Brown Ave
Leominster, MA 01453

Blue Cross Blue Shield
PO Box 371318
Pittsburgh, PA 15250-7318

Blue Cross Blue Shield
PO Box 4701
Woburn, MA 01888

Bodoff & Associates
120 Water Street
Boston, MA 02109

Bradfords Ace Hardware
PO Box 760
Hyannis, MA 02601

Breck Sawyer
51 Traders Lane
W. Yarmouth, MA 02673

Brideau Oil Corporation
49 Cobbler Drive
Fitchburg, MA 01420-6531

Broadview Networks
500 7th Avenue, 2nd Floor
New York, NY 10018

Brookline Bank
PO Box 2130
Williamsville, NY 14231

Brookline Bank
PO Box 740274
Cincinnati, OH 45274-0724

C.N. Wood Company, Inc.
200 Merrimac Street
Woburn, MA 01801

CGGI
15 Braod Street
Boston, MA 02109

CIT Technology Financial Services
21146 Network Place
Chicago, IL 60673

COM Realty Corp
50 Kendrick St
Needham, MA 02494

Cape Cod Aggregates Corp
1550 Phinney's Lane
P.O. Box 96
Hyannis, MA 02601-0096

Cape Cod Truck
PO Box 399
300 Route 6A
Orleans, MA 02653

Cape Cod Winwater
174 Airport Road
Hyannis, MA 02601

3

Cape Tire Services, Inc.
45 Falmouth Road
Hyannis, MA 02601-0248

Carousel Industries Of North America
PO Box 849084
Boston, MA 02284-9084

Forrest Hill Disposal
PO Box 184
Shirley, MA 01464

Erseco, Inc.
97 East Main Street
Erving, MA 01344

Carquest Auto Parts
1 Iyannough Road
Hyannis, MA 02601

G. Lopes Construction, Inc.
490 Winthrop Street
Taunton, MA 02780-3115

Essex Agricultural Society
207 Boston Street
Topsfield, MA 01983

Casner Edwards
303 Congress St Suite 201
Boston, MA 02210

GE Transportation Finance
PO Box 822108
Philadelphia, PA 19182-2108

Export Development Canada
151 O'Connor Street
Ottawa, Ontario
CANADA K1A 1K3

Casualts
39 Badger Circle
Milton, MA 02186

Gardner Police Company
31 City Hall Avenue
Gardner, MA 01440

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Charles George Companies, Inc.
Po Box 857
Londonderry, NH 03053

Gato Realty
PO Box 7156
Gilford, NH 03247

FW Webb
160 Middlesex Tpke
Bedford, MA 01730

Charter Communications
PO Box 78016
Phoenix, AZ 85062

Genalco Inc Industrial And Contractor
333 Resevoir Street
Needham, MA 02494

Famhost, Inc
2030 S. Mead Street
Wichita, KS 67211

Chase And Merchant, Inc.
Po Box 5
Dennisport, MA 02639

General Electric Capital Corp.
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404

Fast Lane
c/o Mass Turnpike Authority
PO Box 8001
Auburn, MA 01501

Choate Hall & Stewart
2 International Place
Boston, MA 02110

General Electric Capital Corporation
c/o Donnecito, Lane & McNamera, LLP
101 Worcester Rd.
Framingham, MA 01701

Fastenal Company
Po Box 1286
Winona, MN 55987-1286

City Of Fitchburg
718 Main Street
Fitchburg, MA 01420

Gennari Aronson, LLP
First Needham Place
250 First Avenue
Needham, MA 02949

4

2092781v1

Fedex
PO Box 371461
Pittsburgh, PA 15250

City of Leominster
25 West Street
Leominster, MA 01453

Glenn E Hines
Excavation Contractor
35 Wachusett Street
Leominster, MA 01453

Financial Federal Credit Inc.
PO Box 200623
Houston, TX 77216

City of Taunton
Board of Health
45 School Street
Taunton, MA 02780

Graves Concrete
147 Gardner Road
E Templeton, MA 01438

Fleetscreen, Ltd.
6000 Western Place Suite 480
Fort Worth, TX 76107

Clear Channel Outdoor
89 Maple Street
Stoneham, MA 02180

Hannigan Engineering
8 Monument Square
Leominster, MA 01453

Flexible Business Systems
85 Corporate Drive
Hauppauge, NY 11788

Coactive Capital Partners
655 Business Center Dr Suite 250
Horsham, PA 19044

Hanson II Realty Trust
1401 Hanover Street
Hanover, MA 02339

Ford Credit
PO Box 94380
Palatine, IL 60094-4380

Collector of Taxes
City of New Bedford
133 William Street
New Bedford, MA 02740

Henry Barber
76 Aldrich Street
Roslindale, MA 02131

Ford Motor Credit Company LLC
c/o Nair & Levin, P.C.
707 Bloomfield Ave.
Bloomfield, CT 06002

Comcast
P.O. Box 1577
Newark, NJ 07101

High Country Workwear, Inc.
155 Hamilton Street
Leominster, MA 01453

Igor Popov
15 Plymouth River Rd
Hingham, MA 02043

Comcast
P.O. Box 6505
Chelmsford, MA 01824

MHOA
197 Micah Terrace
Milton, NH 03851

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260

Manchester Hose And Couplings, LLC
264 Wilson Street
Manchester, NH 03103

Izabella Zickus
684 Stow Road
Marlborough, MA 01752

Commercial Credit Group, Inc.
c/o Steven Weiss, Esq.
Shatz, Schwartz and Fentin, PC
1441 Main St., Suite 1100
Springfield, MA 01103

Massachusetts Department Of Revenue
PO Box 70005
Boston, MA 02204

5

JDC Realty Corp
33 Rhine Street
Yarmouthport, MA 02675

Commonwealth Of Massachusetts
Child Support Enforcement Division
PO Box 55140
Boston, MA 02205

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

JF McDemont Co
1235 Auburn Street
Whitman, MA 02382

Commonwealth Of Massachusetts
IFTA Operations Unit
PO Box 7027
Boston, MA 02204

Mastermans LLP
PO Box 411
11 C Street
Auburn, MA 01501-0411

JP Noonan Transportation, Inc
PO Box 400
415 West Street
West Bridgewater, MA 02379-0400

Commonwealth Of Massachusetts
Secretary Of The Commonwealth
One Ashburton Pl 17th Fl
Boston, MA 02108

McCarter And English
265 Franklin Street
Boston, MA 02110-3113

KEE Enterprises, Inc.
P.O. Box 1663
Harwich, MA 02645

D.R. Guilebeault Air Compressor LLC
17 Park Avenue
Hudson, NH 03051

Mercedes-Benz Financial Services USA LLC
Payment Processing
P.O. Box 3198
Milwaukee, Wisconsin 53201-3198

Kenmark Office Systems
PO Box 870
340 Main Street
Mashpee, MA 02649

DCFS USA LLC
PO Box 2916
Milwaukee, WI 53201-2916

MetLife SBC
PO Box 804466
Kansas City, MO 64180-4466

Kevin Richardson
53 Shallow Brook Rd.
S. Yarmouth, MA 02664

DJ Burnie
3 Perry's Way
Harwich, MA 02643

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Komatsu Financial
PO Box 99303
Chicago, IL 60693-9303

Duplitron inc.
c/o Weltman, Weinberg & Reis Co., LPA
175 S. Third St., Ste 900
columbus, oh 43215

Miller Environmental
538 Edwards Avenue
Calverton, NY 11933

Levine Nannis Katz Solomon
250 First Avenue Suite 101
Needham, MA 02494

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
PO Box 4539
Boston, MA 02212-4539

Livery Lim
PO Box 62
Mystic, CT 06355

David L. Murphy
c/o Scott Fink
185 Devonshire Street
Suite 302
Boston, MA 02110

Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C
c/o John F. Sylvia, Esq.
One Financial Center
Boston, MA 02111

6

Loud Fuel
552 Thomas B Landers Road
East Falmouth, MA 02536

Dennis K. Burke, Inc.
PO Box 3639
Boston, MA 02241-3639

MHOA
197 Micah Terrace
Milton, NH 03851

Lowell Wastewater
First Street Blvd. (RT 10)
Lowell, MA 01850

Division of Unemployment Assistance
Bankruptcy Unit, Fifth Floor
19 Staniford Street
Boston, MA 02114-2502

Manchester Hose And Couplings, LLC
264 Wilson Street
Manchester, NH 03103

MABEY
6770 Dorset Road
Elkridge, MD 21075

DuFour's RV Center Inc.
650 JF Highway
Fitchberg, MA 01420

Massachusetts Department Of Revenue
PO Box 70005
Boston, MA 02204

NStar Electric
One NStar Way NW220
Westwood, MA 02090

E.L. Harvey And Sons, Inc.
68 Hopkinton Rd Route 135
Westboro, MA 01581-2126

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

NU Flow
1010 Thornton Road South
Oshawa, ON L1J 7E2

EFS Credit Trust
50 Washington Street, 10th Floor
S. Norwalk, CT 06854

Mastermans LLP
PO Box 411
11 C Street
Auburn, MA 01501-0411

Nashoba Valley Medical Center
200 Groton Road
Ayer, MA 01432

Earth Source
Po Box 172
1958 Broadway
Raynham, MA 02767-0172

McCarter And English
265 Franklin Street
Boston, MA 02110-3113

National Grid
Bankruptcy Dept.
300 Erie Blvd. West
Syracuse, NY 13202

Eastern Bank
PO Box 843350
Boston, MA 02284

Mercedes-Benz Financial Services USA LLC
Payment Processing
P.O. Box 3198
Milwaukee, Wisconsin 53201-3198

National Grid
PO Box 1005
Woburn, MA 01807-1005

Economic Development Canada
151 O'Connor
Ottawa, ON K1A 1K3

MetLife SBC
PO Box 804466
Kansas City, MO 64180-4466

National Grid
PO Box 4300
Woburn, MA 01888-4300

Elink Design, Inc.
Attn: Billing
921 Beasley Street Suite 140
Lexington, KY 40509

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

7

Neil Chapman
61 Littles Avenue
Pembroke, MA 02359

Eplan Services, Inc.
700 N Colorodo Blvd Suite 288
Denver, CO 80206

Miller Environmental
538 Edwards Avenue
Calverton, NY 11933

New England Recycling, Inc.
490 Winthrop Street
Taunton, MA 02780

Equilease
50 Washington Street, 10th floor
S. Norwalk, CT 06854

Mintz, Levin, Cohn, Ferris, Glovsky And
Popeo, P.C.
PO Box 4539
Boston, MA 02212-4539

Northern Tree Services, Inc.
PO Box 790
1290 Park Street
Palmer, MA 01069

Equilease Funding Company LLC
General Post Office
PO Box 27961
New York, NY 10087-7961

Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C
c/o John F. Sylvia, Esq.
One Financial Center
Boston, MA 02111

Nstar Electric
PO Box 4508
Woburn, MA 01888-4508

OBE Groundwater Protection Distr
PO Box 2773
29 Overland Way
Orleans, MA 02653

NG Leo 1020 Gas
PO Box 4300
Woburn, MA 01888-4300

Nu Flow America, Inc.
ATTN: Legal Department
7150 Carroll Road
Suite 100
San Diego, CA 92121

Omni Services
293 Whitney Street
Leominster, MA 01453

Peerless Insurance Company
PO Box 2051
Keene, NH 03431-7051

Ralph J Perry
96 Falmouth Rd
PO Box 339
Hyannis, MA 02601

Onyx Trans Inc
18 Wetherbee St
Acton, MA 01720

Pembroke Concrete Products, Inc.
793 Washington Street
Pembroke, MA 02359

Raps Auto Parts Supply, Inc.
PO Box 291
Auburn, MA 01501

Otis Realty
9 Otis Street
Westborough, MA 01581

People's United Equipment Finance Corp.
c/o Joe Cannici, V.P.
730 Third Avenue 23rd Floor
New York, NY 10017

Rasky Baerlin
70 Franklin St 3rd Floor
Boston, MA 02110

Otis Street Realty, LLC
c/o Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Attn: Paul C. Laudano, Esq.

Perella Weinberg Partners
767 Fifth Avenue
New York, NY 10153

Remote Dynamics
c/o Intercontinental
Financial Services
32107 Lindero Canyon Road
Westlake Village, CA 91367

PA Landers Inc
PO Box 217
351 Winter Street
Hanover, MA 02339

Perma-Liner Industries, Inc.
13000 Automobile Boulevard Suite 300
Clearwater, FL 33762

8

Remote Dynamics Inc.
PO Box 678664
Dallas, TX 75267-8664

Pitney Bowes Postage By Phone
PO Box 856042
Louisville, KY 40285-6042

Perma-Pipe
7720 North Lehigh Avenue
Niles, IL 60714-3491

Remote Dynamics Inc.
PO Box 910143
Dallas, TX 75391-0143

Paetec
PO Box 1283
Buffalo, NY 14240-1283

Phil Wells
42 Lawton Road
Shirley, MA 01464

Resnick Law Group
45 School STreet
Boston, MA 02494

SC Fuels
1800 West Katella Avenue
Suite 400
P.O. Box 4159
Orange, CT 92863-4159

Pipe Plus
651 Lancaster St
Route 117
Leominster, MA 01453

Rich And Jeff Cannon
33 Rhine Street
Yarmouthport, MA 02675

Sani-Tank, Inc.
60 Lanides Lane
Leominster, MA 01453

Pitney Bowes Global Financing Serv. LLC
PO Box 371887
Pittsburgh, PA 15250-7887

Richards, Layton & FInger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Selective Insurance Company Of America
PO Box 371468
Pittsburgh, PA 15250-7469

Pitney Bowes Global Financing Serv. LLC
PO Box 856042
Louisville, KY 40285-6460

Rip It Up Rentals
CL Remittance Center
Hartford, CT 06183-1008

Septic Preservation Services LLC
38 Harold Sweet Drive
Attleboro, MA 02703

Poland Springs Water Company
PO Box 856192
Louisville, KY 40285-6192

Rotary Collision Centers
23 Commerical Street
South Yarmouth, MA 02664

Service Tire Truck Center
2255 Avenue A
Bethlehem, PA 18017

Powell Stone & Gravel
259 Leominster Shirley Road
Lunenburg, MA 01462

TCF Equipment Finance, Inc.
11100 Wayzata Blvd., Ste. 801
Minnetonka, MN 55305

Silva Electric
30 Bourne Hay Road
Sandwich, MA 02563

R & R Plumbing Supply Company
170 Chandler Street
Worcester, MA 01609-2974

TCF Equipment Finance, Inc.
PO Box 77077
Minneapolis, MN 55480-7777

Sons Of Kristoff, Inc.
PO Box 398
Sterling, MA 01564

RMV
76 Ross Way
Quincy, MA 02169

9

TD Bank
PO Box 1
Toronto Dominion Ctr
King St. W. and Bay St.
Toronto, Ontario, Canada M5K 1A2

THG Corp
The Hope Group LLC
PO Box 845001
Boston, MA 02284

The Corporate Finance Group, Inc.
15 Broad Street
Boston, MA 02109

The Granite Group
PO Box 2004
Concord, NH 03302-2004

The Mattabassett District
Attn: Melissa Lancia
245 Main Street
Cromwell, CT 06416

The Metropolitan District
Po Box 800
Hartford, CT 06199-0092

Todd McMahon
10 Henry's Lane
Norwell, MA 02061

Toshiba Financial Services
PO Box 642111
Pittsburgh, PA 15264

Town of Acton
Acton Board Of Health
472 Main Street
Acton, MA 01720

Southworth-Milton, Inc.
100 Quarry Drive
Milford, MA 01757

Sprint
PO Box 4181
Carol Stream, IL 60197

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

State Of Connecticut
Department Of Revenue Services
PO Box 2974
Hartford, CT 06104

Sterling Business Products
DBA Sterling Printing
PO Box 845
Medford, MA 02155

Steven Decarlo Videography
PO Box 441563
Somerville, MA 02144

Steven Weiss, Esq.
Shatz, Schwartz and Fentin, PC
1441 Main Street, Suite 1100
Springfield, MA 01103

Sullivan Tire Co. Inc.
41 Accord Park Drive
Norwell, MA 02061

RSP Networks LLC
1140 Saratoga Street
East Boston, MA 02128

RT's Auto Center, Inc.
101 Airport Road
Fitchburg, MA 01420

Ragged Hill, Inc.
d/b/a Graves Concrete
c/o Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420

Town of Concord
Town Treasurer
PO Box 590
Concord, MA 01742

Town of Falmouth
Collectors Office
PO Box 904
Falmouth, MA 02541

Town of Lunenburg
PO Box 135
Lunenburg, MA 01462

Town of Norwood
566 Washington Street
Norwood, MA 02062

Town of Westerly
45 Broad Street
Westerly, RI 02891

Town of Westerly
68 White Rock Road
Westerly, RI 02891

10

Town of Allenstown
36 Canal Street
Allanstown, NH 03275

SuperMedia
5601 Executive Drive
Irving, TX 75038

Town of Yarmouth
Tax Collector
1146 Route 28
South Yarmouth, MA 02664

Town of Barnstable
200 Main Street
Hyannis, MA 02601

Supermedia
2200 West Airfield Dr TX 29
DFW Airport, TX 75261

Tri State Trucking Center Inc
PO Box 308
Shrewsbury, MA 01545

Town of Bourne
24 Perry Avenue
Buzzards Bay, MA 02532

United Rentals, Inc.
6125 Lakeview Road
Suite 300
Charlotte, NC 28269

Tri-Town Septage Treatment Plant
P.O. Box 2773
Orleans, MA 02653

Town of Brewster
2198 Main St
Brewster, MA 02631

United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711

Trinet
PO Box 56346
Atlanta, GA 30343

Town of Chatham
Water & Sewer Departments
221 Crowell Road
Chatham, MA 02633

United States Treasury
Internal Revenue Service
Po Box 1236
Charlotte, NC 28201-1236

Troupe Waste Services, Inc.
1477 Bedford Street
Abington, MA 02351

Verizon
404 Brock Drive
Bloomington, IL 61701

Unitil
5 McGuire Street
Concord, NH 03301

Wright Express
97 Darling Avenue
South Portland, ME 04106-2301

Verizon
PO BOX 3037
Bloomington, IL 61702-3037

Unitil
PO Box 2015
Concord, NH 03302-2015

Wright Express Financial Services
P.O. Box 639
Portland, ME 04103

Verizon
PO Box 1
Worcester, MA 01654-0001

Upper Blackstone Water Pollution Abatem
50 Route 20
Millbury, MA 01527-2199

Yellow Book Mid Atlantic
PO Box 11815
Newark, NJ 07101-8115

Verizon
PO Box 1100
Albany, NY 12250-0001

Utilitronics
P.O. Box 1616
Plainville, MA 02762

Zee Medical Services
PO Box 781433
Indianapolis, IN 46278-8433

11

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702

Veolia Water North America
Metro South Executive Park
1115 West Chestnut Street, Suite 303
Brockton, MA 02301

Zep Sales And Service
PO Box 3338
Boston, MA 02204-3338

Vision Financial
PO Box 634622
Cincinnati, OH 45263-4622

Wells Fargo
PO Box 1450
Minneapolis, MN 55485

Arthur G. Epker
31 Candleberry Ln.
Weston, MA  02493

W.B. Mason Company, Inc.
P.O. Box 55840
Boston, MA 02205-5840

Wells Fargo Equipment Finance Inc.
NW 8178
PO Box 1450
Minneapolis, MN 55485-8178

Robert Parente
Leerink Swann & Company
One Federal
Boston, MA  02110

W.J. Graves Construction Co., Inc.
P.O. Box 401
East Templeton, MA 01438

Wells Fargo Equipment Finance, Inc.
c/o Scott Moskol, Esquire
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Wastewater Treatment Services, Inc.
44 Commercial Street
Raynham, MA 02767

Wearguard
PO Box 7247-0342
Philadelphia, PA 19170-0342

**\*Served by electronic transmission**

2092781v1