UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Bluewater Hld Corp.

**Case/AP Number** 10-21384 **-FJB**
**Chapter** 7

#215   Motion filed by Creditor Mercedes-Benz Financial Services USA LLC for Relief from Stay Re: 2007 Sterling Acterra

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the vehicle.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 03/23/2011
Frank J. Bailey
United States Bankruptcy Judge